**Order entered October 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00780-CV

### SAMUEL PETERS AKA SAMUEL C. PETERS, Appellant

### V.

### AMERICAN EXPRESS NATIONAL BANK, Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-05333-B**

### ORDER

Before the Court is appellant's October 28, 2020 motion for an extension of time to file his jurisdictional letter brief. We **GRANT** the motion. Appellant's letter brief was filed on October 27, 2020. Appellee shall file any response to appellant's letter brief on or before November 6, 2020.

/s/　KEN MOLBERG
　　　JUSTICE